IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AUTOTEXT TECHNOLOGIES, INC. | : | |
| | : | Case No. 1:07-CV-3513 |
| Plaintiff | : | Judge Aldrich |
| v. | : | Magistrate Judge Baughman |
| APPLE, INC., et al. | : | |
| Defendants. | : | |

-------------------------------------------------------------------------

### NOTICE IDENTIFYING COMPLEX LITIGATION

-------------------------------------------------------------------------

Pursuant to Local Civil Rule 16.3(c)(2), plaintiff AutoText Technologies, Inc. ("AutoText") hereby provides notice identifying complex litigation.

The nature of the present case is the alleged infringement of U.S. Patent No. 5,305,205 by defendants. There are no related cases in this or any other jurisdiction.

The identity of counsel who represent defendants presently is not known to AutoText.

                              Respectfully submitted,

                              s/Wayne D. Porter, Jr.
                              Wayne D. Porter, Jr.
                              (Ohio Reg. No. 0009242)
                              700 Huntington Building
                              925 Euclid Avenue
                              Cleveland, Ohio 44144
                              Tel: 216-566-9700
                              Fax: 216-566-9711
                              E-mail: porter@rankinhill.com

                              Attorney for Plaintiff
                              AutoText Technologies, Inc.

Of Counsel:

James A. DeRoche
(Ohio Reg. No. 0055613)
Garson & Associates Co., L.P.A.
614 West Superior, Suite 1600
Cleveland, Ohio 44113
Tel.: 216-696-9330
Fax: 216-696-8558
E-mail: jderoche@garson.com


Dennis E. Murray, Jr.
(Ohio Reg. No. 0038509)
Murray & Murray Co. L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44871-0019
Tel.: 419-624-3000
Fax: 419-624-0707
E-mail: dmj@murrayandmurray.com

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2007, a copy of the foregoing *Notice Identifying Complex Litigation* was filed electronically. Notice of this filing will be served with the complaint by certified mail, return receipt requested.

                                          s/Wayne D. Porter, Jr.
                                          Wayne D. Porter, Jr.
                                          (Ohio Reg. No. 0009242)
                                          700 Huntington Building
                                          925 Euclid Avenue
                                          Cleveland, Ohio 44144
                                          Tel: 216-566-9700
                                          Fax: 216-566-9711
                                          E-mail: porter@rankinhill.com