IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AUTOTEXT TECHNOLOGIES, INC. | : | |
| | : | Case No. 1:07-CV-3513 |
| Plaintiff | : | Judge Aldrich |
| v. | : | Magistrate Judge Baughman |
| APPLE, INC., et al. | : | |
| Defendants. | : | |

-------------------------------------------------------------------------

### NOTICE OF DISMISSAL

-------------------------------------------------------------------------

Pursuant to Civil Rule 41(a)(1)(A)(i), plaintiff AutoText Technologies, Inc. hereby dismisses the action as to defendant AT&T Corp. without prejudice.

        Respectfully submitted,

        s/Wayne D. Porter, Jr.
        Wayne D. Porter, Jr.
        (Ohio Reg. No. 0009242)
        700 Huntington Building
        925 Euclid Avenue
        Cleveland, Ohio 44115
        Tel:  216-566-9700
        Fax: 216-566-9711
        E-mail: porter@rankinhill.com

        Attorney for Plaintiff
        AutoText Technologies, Inc.

Of Counsel:

James A. DeRoche
(Ohio Reg. No. 0055613)
Garson & Associates Co., L.P.A.
614 West Superior, Suite 1600
Cleveland, Ohio 44113
Tel.: 216-696-9330
Fax: 216-696-8558
E-mail: jderoche@garson.com


Dennis E. Murray, Jr.
(Ohio Reg. No. 0038509)
Murray & Murray Co. L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44871-0019
Tel.: 419-624-3000
Fax: 419-624-0707
E-mail: dmj@murrayandmurray.com


## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, a copy of the foregoing *Notice of Dismissal* was filed electronically. Notice of this filing will be served with the complaint by certified mail, return receipt requested.

                                             s/Wayne D. Porter, Jr.
                                             Wayne D. Porter, Jr.
                                             (Ohio Reg. No. 0009242)
                                             700 Huntington Building
                                             925 Euclid Avenue
                                             Cleveland, Ohio 44115
                                             Tel: 216-566-9700
                                             Fax: 216-566-9711
                                             E-mail: porter@rankinhill.com