11/27/07 IT IS SO ORDERED, AT&T IS DISMISSED, WITHOUT PREJUDICE

s/Ann Aldrich
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AUTOTEXT TECHNOLOGIES, INC. | : | |
| | : | Case No. 1:07-CV-3513 |
| | : | |
| Plaintiff | : | Judge Aldrich |
| | : | |
| v. | : | Magistrate Judge Baughman |
| | : | |
| APPLE, INC., et al. | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------------

**NOTICE OF DISMISSAL**

-----------------------------------------------------------------------

Pursuant to Civil Rule 41(a)(1)(A)(i), plaintiff AutoText Technologies, Inc. hereby dismisses the action as to defendant AT&T Corp. without prejudice.

Respectfully submitted,

s/Wayne D. Porter, Jr.
Wayne D. Porter, Jr.
(Ohio Reg. No. 0009242)
700 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115
Tel:  216-566-9700
Fax: 216-566-9711
E-mail: porter@rankinhill.com


Attorney for Plaintiff
AutoText Technologies, Inc.