AutoText Technologies, Inc. v. Apple, inc. et al                                                                                                          Doc. 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AUTOTEXT TECHNOLOGIES, INC. | : | |
| | : | Case No. 1:07-CV-3513 |
| Plaintiff | : | Judge Aldrich |
| v. | : | Magistrate Judge Baughman |
| APPLE, INC., et al. | : | |
| Defendants. | : | |

-------------------------------------------------------------------------

## NOTICE OF DISMISSAL

-------------------------------------------------------------------------

Pursuant to Civil Rule 41(a)(1)(A)(i), plaintiff AutoText Technologies, Inc. hereby dismisses the action as to all remaining defendants without prejudice (AT&T Corp. previously having been dismissed without prejudice).

Respectfully submitted,

s/Wayne D. Porter, Jr.
Wayne D. Porter, Jr.
(Ohio Reg. No. 0009242)
700 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115
Tel: 216-566-9700
Fax: 216-566-9711
E-mail: porter@rankinhill.com

Attorney for Plaintiff
AutoText Technologies, Inc.

Dockets.Justia.com

Of Counsel:

James A. DeRoche
(Ohio Reg. No. 0055613)
Garson & Associates Co., L.P.A.
614 West Superior, Suite 1600
Cleveland, Ohio 44113
Tel.: 216-696-9330
Fax: 216-696-8558
E-mail: jderoche@garson.com


Dennis E. Murray, Jr.
(Ohio Reg. No. 0038509)
Murray & Murray Co. L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44871-0019
Tel.: 419-624-3000
Fax: 419-624-0707
E-mail: dmj@murrayandmurray.com


## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, a copy of the foregoing *Notice of Dismissal* was filed electronically.

                                              s/Wayne D. Porter, Jr.
                                              Wayne D. Porter, Jr.
                                              (Ohio Reg. No. 0009242)
                                              700 Huntington Building
                                              925 Euclid Avenue
                                              Cleveland, Ohio 44115
                                              Tel: 216-566-9700
                                              Fax: 216-566-9711
                                              E-mail: porter@rankinhill.com