IT IS SO ORDERED.  CASE IS
DISMISSED WITHOUT PREJUDICE

Date:  1-9-08

s/Ann Aldrich
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AUTOTEXT TECHNOLOGIES, INC. : | |
| : | Case No. 1:07-CV-3513 |
| Plaintiff             : | Judge Aldrich |
| : | |
| v.                    : | Magistrate Judge Baughman |
| : | |
| APPLE, INC., et al.   : | |
| : | |
| Defendants.           : | |

-------------------------------------------------------------------------

**NOTICE OF DISMISSAL**

-------------------------------------------------------------------------

Pursuant to Civil Rule 41(a)(1)(A)(i), plaintiff AutoText Technologies, Inc. hereby dismisses the action as to all remaining defendants without prejudice (AT&T Corp. previously having been dismissed without prejudice).

                                Respectfully submitted,

                                s/Wayne D. Porter, Jr.
                                Wayne D. Porter, Jr.
                                (Ohio Reg. No. 0009242)
                                700 Huntington Building
                                925 Euclid Avenue
                                Cleveland, Ohio 44115
                                Tel:  216-566-9700
                                Fax: 216-566-9711
                                E-mail: porter@rankinhill.com

                                Attorney for Plaintiff
                                AutoText Technologies, Inc.